## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. **06- CV - 02148-BNB**

**(The above civil action number must appear on all *future* papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 6 2006

GREGORY C. LANGHAM
CLERK

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond Tree Service,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF, and
SARAH PELTON, individually and in her own capacity as ATF Agent, et al., Agents Dog
    1, Cat 2 and Horse 3,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
### DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs have submitted an "Ex Parte Application to Waive the Requirements
of Filing Administrative Claim With U.S. of America, ATF and Other County &/or State
Employees." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court
has determined that the document is deficient as described in this order.
Notwithstanding the deficiencies, the clerk of the court will be directed to commence a
*civil action*. Plaintiffs will be directed to cure the following if they wish to pursue their
claims. Any papers that Plaintiffs file in response to this order must include the civil
action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   <u>xx</u>   is not submitted

(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  xx  other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)  ___  is not submitted
(11)  xx  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court. Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___  names in caption do not match names in text
(18)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers that Plaintiffs file in

response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiffs, together with a

copy of this order, two copies of the following forms: Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

2

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 24ᵀᴴ day of _October_____, 2006.

BY THE COURT:

_Boyd N. Boland_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06 - CV - 02148 -BNB

Darrell Fortner
13365 Nelson St.
Colorado Springs, CO 80908

Jennifer Fortner
13365 Nelson St.
Colorado Springs, CO 80908

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint** to the above-named individuals on _10/26/06_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk