IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERS, individually and in his official capacity as Mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM MCGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 6 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiffs leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from

the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated February 15, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02148-LTB-BNB

Darrell Fortner
13365 Nelson Street
Colorado Springs, CO 80908

Jennifer Fortner
13365 Nelson Street
Colorado Springs, CO 80908

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

Director  - Bureau of Alcohol, - CERTIFIED
Tobacco and Firearms
650 Massachusetts Ave., N.W.
Washington, DC 20226

US Marshal Service
Service Clerk
Service forms for: Sarah Pelton, The City of Colorado Springs,
County of El Paso, Mayor Lionel Rivera, Kathy Young,
Darrell Pearson, James A. Choate, Terry Maketa,
Shane White, Jim McGanas, and James S. Russell

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the US Marshal Service for service of process on Sarah Pelton, The City of Colorado Springs, County of El Paso, Mayor Lionel Rivera, Kathy Young, Darrell Pearson, James A. Choate, Terry Maketa, Shane White, Jim McGanas, and James S. Russell and to the United States Attorney General, John Suthers, United States

Attorney's Office, and the Director of ATF: AMENDED COMPLAINT FILED 12/27/06. RESPONSE FILED 1/29/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/16/07     .

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk

Attorney's Office, and the Director of ATF: AMENDED COMPLAINT FILED 12/27/06. RESPONSE FILED 1/29/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/16/07     .

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk