IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland


Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso
County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County
Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Sheriff of El Paso County,
Colorado,
SHANE WHITE, individually and in his official capacity as Asst. City Attorney for the City of
Colorado Springs, Co.,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado
Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

Defendants.

---

## ORDER

---

This matter is before me on the following motions (the "Motions"):

1. **Motion to Dismiss** [Doc. #30, filed 3/15/07];

2.   **County Defendants' Motion to Dismiss or in the Alternative Motion for More Definite Statement** [Doc. #33, filed 3/21/07];

3.   **City Defendants' Motion to Dismiss** [Doc. #34, filed 3/21/07];

4.   **Motion to Dismiss** [Doc. #39, filed 4/17/07] and

5.   **James S. Russell's Motion to Dismiss** [Doc. #51, filed 4/25/07].

The Motions are all directed at the plaintiffs' First Amended Complaint [Doc. #8, filed 12/27/07]. On April 26, 2007, the plaintiffs filed their Second Amended Verified Complaint [Doc. #52] as a matter of course. As a result, the Motions are no longer directed at the operative complaint. Accordingly,

IT IS ORDERED that the Motions are DENIED WITHOUT PREJUDICE. The defendants may reassert their arguments, if appropriate, in response to the Second Amended Verified Complaint.

Dated May 3, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge