IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Sheriff of El Paso County, Colorado,
SHANE WHITE, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, Co.,
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiffs' **Motion for Temporary Restraining Order, Order to Show Cause, and Preliminary Injuction** [sic] **and Permanent Injunction** [Doc. #9, filed 12/27/06] (the "Motion").

The Motion is directed at the allegations of the plaintiffs' First Amended Complaint. *Motion*, ¶ 2. On April 26, 2007, the plaintiffs filed their Second Amended Verified Complaint [Doc. #52] as a matter of course. As a result, the Motion is no longer directed at the operative complaint. Accordingly,

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE.

Dated October 1, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge