IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02148-LTB-BNB

DARRELL FORTNER and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

    Defendants.
_____

**ORDER**
_____

    This case is before me on the Recommendation of the Magistrate Judge (Doc 118)

that Plaintiffs' "Ex Parte Application for Leave to File the Attached Third Amended Verified

Complaint" (Doc 71) be denied, that "County Defendants' Motion to Dismiss Third Amended Verified Complaint or in the Alternative Motion for More Definite Statement" (Doc 81) be denied as moot, that "Plaintiffs' Motion for Injunctive Relief Against 'City Defendants' and Move for the Filing of Plaintiffs' Third Amended Verified Complaint" (Doc 88) be denied, and that "Plaintiffs' Request This Court File Plaintiffs' Third Amended Verified Complaint" (Doc 103) be denied. Plaintiffs filed timely objections to the Magistrate Judge's recommendations (Doc 132). Although styled as blanket objections to the recommendations, Plaintiffs therein seek only that the denial of the application to file third amended complaint be without prejudice. In this regard, should Plaintiffs in the future meet the requirements of Fed.R.Civ.P. 15, an amended complaint can in any event be tendered for consideration for filing by the court. Out of an abundance of caution I have reviewed the recommendation *de novo*. On *de novo* review, I conclude that it is correct. Accordingly

IT IS ORDERED that Plaintiffs' "Ex Parte Application for Leave to File the Attached Third Amended Verified Complaint" (Doc 71) is DENIED.

IT IS FURTHER ORDERED that "County Defendants' Motion to Dismiss Third Amended Verified Complaint or in the Alternative Motion for More Definite Statement" (Doc 81) is DENIED AS MOOT.

IT IS FURTHER ORDERED that "Plaintiffs' Motion for Injunctive Relief Against 'City Defendants' and Move for the Filing of Plaintiffs' Third Amended Verified Complaint" (Doc 88) is DENIED.

IT IS FURTHER ORDERED that "Plaintiffs' Request This Court File Plaintiffs' Third Amended Verified Complaint" (Doc 103) is DENIED.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: February 12, 2008