IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02148-LTB-BNB

DARRELL FORTNER and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

 Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

 Defendants.
_____

**ORDER**
_____

This case is before me on the Recommendation of the Magistrate Judge (Doc 113)

that "James S. Russell's Motion to Dismiss Second Amended Verified Complaint" (Doc 65)

be granted and that the Second Amended Complaint be dismissed as to Defendant Russell insofar as he is sued in his individual capacity. Plaintiffs have filed timely written objections to the Magistrate Judge's recommendation (Doc 130). Alternatively, Plaintiffs argue that should the motion be granted in any respect, dismissal should be without prejudice and/or Plaintiffs should be ordered to file a more definite statement. I have reviewed the recommendation *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that "James S. Russell's Motion to Dismiss Second Amended Verified Complaint" (Doc 65) is GRANTED WITH PREJUDICE insofar as he is sued in his individual capacity.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: February 12, 2008