IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02148-LTB-BNB

DARRELL FORTNER and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

  Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

  Defendants.
_____

**ORDER**
_____

  This case is before me on the Recommendation of the Magistrate Judge (Doc 114) on "Sarah Pelton's Partial Motion to Dismiss Second Amended Verified Complaint" (Doc 67). The Magistrate Judge recommends that the motion be granted in part and denied in part as follows: (1) that it be granted insofar as it seeks to dismiss Claim One's allegations

of false arrest, libel and slander, and Claim Two's allegations of intentional infliction of emotional distress and negligence as to Defendant Sarah Pelton, and (2) denied to the extent it seeks dismissal of Claim Four based on absolute immunity. Defendant Sarah Pelton has filed no timely written objections to the Magistrate Judge's recommendations and therefore she is barred from *de novo* review. Plaintiffs have filed timely written objections to the Magistrate Judge's recommendations (Doc 126). Alternatively, Plaintiffs argue that should the motion be granted in any respect, dismissal should be without prejudice and/or Plaintiffs should be ordered to file a more definite statement. I have therefore reviewed the recommendations *de novo* in light of Plaintiffs' objections and the file and record in this case. On *de novo* review, I conclude that the recommendations are correct. Accordingly

IT IS ORDERED that "Sarah Pelton's Partial Motion to Dismiss the Second Amended Verified Complaint" (Doc 67) is GRANTED IN PART AND DENIED IN PART as follows:

(1) Granted insofar as it seeks to dismiss Claim One's allegations of false arrest, libel and slander, and Claim Two's allegations of intention infliction of emotional distress, and negligence as to Defendant Sarah Pelton, said claims to be dismissed with prejudice; and

(2) Denied to the extent it seeks dismissal of Claim Four based on absolute immunity.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: February 12, 2008