IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02148-LTB-BNB

DARRELL FORTNER and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

    Defendants.
_____

**ORDER**
_____

This case is before me on the Recommendation of the Magistrate Judge (Doc 117) that the "City Defendants' Motion to Dismiss Plaintiffs' Second Amended Verified

Complaint" (Doc 60) be granted in part and denied in part as follows: (1) denied insofar as it seeks dismissal of the complaint for failure to comply with Rule 8; (2) denied to the extent it seeks dismissal of the complaint for lack of subject matter jurisdiction; and (3) granted to the extent it seeks dismissal of the Plaintiffs' claims for conspiracy in violation of 42 U.S.C. §§ 1985 and 1986. The motion is filed on behalf of Defendants City of Colorado Springs, Lionel Rivera, Kathryn Young, James McGannon, Darrel Pearson, and Shane White (collectively the City Defendants). City Defendants have failed to file timely written objections to the Magistrate Judge's recommendation and they are therefore barred from *de novo* review. Plaintiffs have filed timely written objections to the Magistrate Judge's recommendation (Doc 129) and therefore, I have reviewed the recommendation *de novo* in light of Plaintiffs' objections and the file and record in this case. I note that Plaintiffs argue that to the extent the motion is granted in any respect that any dismissal be without prejudice and/or that it be limited to an order for Plaintiffs to file a more definite statement. On *de novo* review, I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that the "City Defendants' Motion to Dismiss Plaintiffs' Second Amended Verified Complaint" (Doc 60) is GRANTED IN PART AND DENIED IN PART as follows:

(1) Denied insofar as it seeks dismissal of the complaint for failure to comply with Rule 8;

(2) Denied to the extent it seeks dismissal of the complaint for lack of subject matter jurisdiction; and

(3) Granted to the extent it seeks dismissal of the Plaintiffs' claims for conspiracy in violation of 42 U.S.C. §§ 1985 and 1986.

BY THE COURT:

  s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED: February 12, 2008