IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02148-LTB-BNB

DARRELL FORTNER and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

      Defendants.
_____

**ORDER**
_____

      This case is before me on the Plaintiffs' Motion for Reconsideration of the Dismissal Orders previously entered (Doc 159). Upon consideration of the Motion for

Reconsideration together with the responses filed to it and being sufficiently advised

IT IS ORDERED that the Motion for Reconsideration (D0c 159) is DENIED.

BY THE COURT:


    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: March 24, 2008