IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a/ Diamond/Dundee Tree Service,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO.,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Babcock, Judge

    Plaintiff's submitted a Notice of Appeal on April 21, 2008. The court has determined that

the document is deficient as described in this order.

Plaintiff's will be directed to cure the following if they wish to pursue this appeal.

1

**(A)** **Filing Fee**
    X  is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    X  is not submitted
    __ is not on proper form (must use the court's current form)
    __ is missing original signature by plaintiff/petitioner on motion
    __ is missing affidavit
    __ affidavit is incomplete
    __ is missing original signature by plaintiff/petitioner on affidavit
    __ affidavit is not notarized or is not properly notarized
    __ other_____

Accordingly, it is

ORDERED that Plaintiff's cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff's file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff's, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff's fail to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  24th  day of April, 2008.

BY THE COURT:


   s/Lewis T. Babcock
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO