IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

SARAH PELTON, in her individual capacity as an ATF agent,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3 in their individual capacities,
THE CITY OF COLORADO SPRINGS,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
JAMES A. CHOATE, in his individual capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, in his individual capacity as Sheriff of El Paso County, Colorado,
SHANE WHITE, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, Co., and
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiffs' **Notice of Motion and Motion this Court** [sic] **Order** [sic] **Plaintiffs Exparte Applacition** [sic] **to Waive the Requirments** [sic] **of Filing Administrative Claims Doc. #2 be Granted** [Doc. #146, filed 2/25/08] (the "Motion").

A motion must "state with particularity the grounds for seeking the order" and "state the relief sought." Fed.R.Civ.P. 7(b)(1)(B) and (C). The plaintiffs' Motion is incomprehensible. It is impossible to determine what relief, if any, is sought or the grounds for relief.[1] Accordingly,

IT IS ORDERED that the Motion is STRICKEN.

Dated June 27, 2008.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge

---

[1] The incomprehensibility of the Motion is evident from the defendants' inability to respond decisively [Docs. #153, #165, and #166].