IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

SARAH PELTON, in her individual capacity as an ATF agent,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3 in their individual capacities,
THE CITY OF COLORADO SPRINGS,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
JAMES A. CHOATE, in his individual capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, in his individual capacity as Sheriff of El Paso County, Colorado,
SHANE WHITE, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, Co., and
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiffs' Motion to Strike Part of Defendants' Questions in Deposition and Strike the Answers to those Questions Mentioned Herein** [Doc. #183, filed 4/23/08] (the "Motion"). The Motion is DENIED AS FRIVOLOUS.

The plaintiffs seek an order striking "all the questions in each of the defendants['] deposition[s] that were ask [sic] that would raise an objection thereto, and move to strike all answers to those objectionable questions." The plaintiffs do not provide a transcript of the deposition; a description of the questions at issue; or an explanation of the alleged deficiency of

each question. Moreover, the plaintiffs assert that the questions were in violation of the Colorado Rules of Civil Procedure. This court applies the Federal Rules of Civil Procedure.

The Motion has no basis in fact or law and is frivolous.

IT IS ORDERED that the Motion is DENIED AS FRIVOLOUS.

IT IS FURTHER ORDERED that the plaintiffs shall cease filing frivolous motions. Failure to comply with this Order may result in the imposition of sanctions, including dismissal of this action.

Dated June 27, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge