IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

SARAH PELTON, in her individual capacity as an ATF agent,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3 in their individual capacities,
THE CITY OF COLORADO SPRINGS,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
JAMES A. CHOATE, in his individual capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, in his individual capacity as Sheriff of El Paso County, Colorado,
SHANE WHITE, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, Co., and
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,

Defendants.

___

**ORDER**
___

This matter is before me on the **Plaintiffs' Motion to Stay Pending this Court's Ruling on Plaintiffs' Motion for Leave to File their Fourth Amended Verified Complaint** [Doc. #194, filed 6/16/08] (the "Motion to Strike"). The Motion is DENIED AS FRIVOLOUS.

The plaintiffs seek a "stay." They do not specify whether they seek to stay the entire proceeding or merely a particular matter. Nor do they explain how a ruling on their motion to file an amended complaint is relevant to their request for a stay. Indeed, the plaintiffs do not provide any basis to stay the case or any part of it.

IT IS ORDERED that the Motion is DENIED AS FRIVOLOUS.

IT IS FURTHER ORDERED that the plaintiffs shall cease filing frivolous motions. Failure to comply with this Order may result in the imposition of sanctions, includingdismissal of this action.

Dated June 27, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge