IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

SARAH PELTON, in her individual capacity as an ATF agent,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3 in their individual capacities,
THE CITY OF COLORADO SPRINGS,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
JAMES A. CHOATE, in his individual capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, in his individual capacity as Sheriff of El Paso County, Colorado,
SHANE WHITE, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, Co., and
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiffs' Motion to Compel Defendants to Answer Plaintiffs' Discovery, Production of Documents, Request for Admissions & Interrogatories** [Doc. #188, filed 5/2/08] (the "Motion"). The Motion is DENIED AS MOOT.

The plaintiffs state that the defendants have not responded to their discovery requests, and they seek an order compelling the defendants to provide responses. All of the defendants

represent that they have served the plaintiffs with timely responses to the discovery requests [Docs. #191, #192, and #207].[1] Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated July 7, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] The County Defendants were granted an extension of time to serve their responses [Doc. #198].