IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02148-LTB-BNB

DARRELL FORTNER and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

    Defendants.

___

**ORDER**
___

    This case is before me on the recommendation of the Magistrate Judge (Doc 201) that Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, Permanent Injunction, and Order to Show Cause (Doc 102) be denied. The recommendation was

issued and served on June 27, 2008. Plaintiffs have failed to file specific written objections to the Magistrate Judge's recommendation and are therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, Permanent Injunction, and Order to Show Cause (Doc 102) is DENIED.

BY THE COURT:

　　　s/Lewis T. Babcock　　　　
Lewis T. Babcock, Judge

DATED:　August 5, 2008