**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02148-LTB-BNB

DARRELL FORTNER and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

  Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

  Defendants.

___

**ORDER**
___

  This case is before me on the Recommendation of the Magistrate Judge (Doc 202) that Plaintiffs' Motion for Leave to File Fourth Amended Verified Complaint (Doc 163) be denied. The recommendation was issued and served on June 27, 2008. Plaintiffs were

granted an extension of time to file written objections to and including August 4, 2008 (Doc 212). Plaintiffs have failed to file specific written objections to the Magistrate Judge's recommendation and are therefore barred from *de novo* review. Accordingly,

IT IS ORDERED that the recommendation is accepted and Plaintiffs' Motion for Leave to File Fourth Amended Verified Complaint (Doc 163) is DENIED.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: August 5, 2008