**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02148-LTB-BNB

DARRELL FORTNER and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

 Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

 Defendants.

___

**ORDER**
___


 On June 27, 2008, the Magistrate Judge issued and served his Recommendation (Doc 202) that Plaintiffs' Motion for Leave to File Fourth Amended Verified Complaint (Doc 163) be denied. I granted Plaintiffs' motion for extension of time to file objections to the

Recommendation to and including August 4, 2008. Believing that Plaintiffs failed to timely file objections to the Recommendation, on August 5, 2008 I entered an order accepting the Recommendation without *de novo* review and denied the motion. It now appears that the Plaintiffs did timely file their specific written objections to the Recommendation on August 4, 2008. Accordingly, this date I vacated the August 5, 2008 order.

I have now reviewed the Recommendation *de novo* in light of the Plaintiffs' objections to it and the file and record in this case. On *de novo* review, I conclude that the Recommendation is correct. Accordingly

IT IS ORDERED that Plaintiffs' Motion for Leave to File Fourth Amended Verified Complaint (Doc 163) is DENIED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: August 6, 2008