IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02148-LTB-BNB

DARRELL FORTNER and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
ATF,
SARAH PELTON, individually and in her official capacity as ATF agent, et al.,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3,
THE CITY OF COLORADO SPRINGS,
COUNTY OF EL PASO, COLO.,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
COUNTY OF EL PASO HOUND 4 & 5, individually and in their official capacity as El Paso County employees,
JAMES A. CHOATE, individually and in his official capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, CO,
JIM McGANAS, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,
STATE OF COLORADO, a state within the United States, and
JAMES S. RUSSELL, individually and in his official capacity as Asst. U.S. Attorney,

    Defendants.

---

**ORDER**

---

This case is before me on the "Plaintiffs' Objections to the Magistrate Judge's Recommendation to Deny Plaintiffs' Motion for Leave to File the Fifth Amended Complaint (Doc 250)." The County Defendants and City Defendants have filed their responses to the

Plaintiffs' objections (Docs 252, 253). I have reviewed the Magistrate Judge's Recommendation (Doc 248) that Plaintiffs' Motion for Leave to File Fifth Amended Verified Complaint be denied *de novo* in light of the file and record in this case. On *de novo* review I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that Plaintiffs' Motion for Leave to File Fifth Amended Verified Complaint is DENIED.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: October 15, 2008