IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

SARAH PELTON, in her individual capacity as an ATF agent,
ATF AGENTS DOG 1, CAT 2, AND HORSE 3 in their individual capacities,
THE CITY OF COLORADO SPRINGS,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
JAMES A. CHOATE, in his individual capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, in his individual capacity as Sheriff of El Paso County, Colorado,
SHANE WHITE, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, Co., and
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following three motions filed by the plaintiffs (the "Motions"):

1. **Plaintiffs' Motion / Request for Extenison** [sic] **of Time to Serve and File Plaintiffs' Response to Defendant County's Motion for Summary Judgment** [Doc. #263, filed 10/22/08];

2. **Plaintiffs' Motion for Leave to Accept Filing of Response Out of Time by Plaintiffs (Response to County Defendants' Motion for Summary Judgment Doc. 241 and Plaintiffs' Supplementel** [sic] **to Their Response** [Doc. #264, filed 10/22/08]; and

3. **Plaintiffs' Motion for Leave to Accept Filing of Plaintiffs' Supplement Out of Time by Plaintiffs Affadavits** [sic] **and Supplemental Attachments to their Response to City Defendants' Motion for Summary Judgment** [Doc. #266, filed 10/23/08].

On September 17, 2008, the county defendants filed a motion for summary judgment [Doc. #241]. I ordered the plaintiffs to respond to the summary judgment motion on or before October 15, 2008 [Doc. #247]. The plaintiffs' first motion seeks an extension of time until November 20, 2008, to file their response to the County Defendants summary judgment motion [Doc. #263]. However, the plaintiffs filed their response and a supplement to the response on October 17, 2008 [Docs. #258 and #259]. The plaintiffs' second and third motions seek leave to file the response and supplement out of time [Docs. #264 and #266]. These requests are granted.

I note that the plaintiffs' motions bear captions naming defendants who are no longer parties to this case. The plaintiffs are directed that all future papers filed with this Court shall bear the correct caption, as indicated on this Order.

IT IS ORDERED that the Motions are GRANTED.

IT IS FURTHER ORDERED that any future papers filed by the plaintiff shall bear the correct caption.

Dated November 7, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge