IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

ATF AGENTS DOG 1, CAT 2, AND HORSE 3 in their individual capacities,
THE CITY OF COLORADO SPRINGS,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
JAMES A. CHOATE, in his individual capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, in his individual capacity as Sheriff of El Paso County, Colorado,
SHANE WHITE, individually and in his official capacity as Asst. City Attorney for the City of Colorado Springs, Co., and
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,

Defendants.

_____

**ORDER**
_____

This matter arises in connection with the following motions (the "Motions") filed by the plaintiffs on March 22, 2010:

1. **Plaintiffs** [sic] **in Pro Se Motion for this Court to Consider Plaintiffs' Response (Doc 328) Filed 12-8-09 to County Defendants' Supplemental Motion for Summary Judgment (Doc. #322)** [Doc. #371]; and

2. **Plaintiffs** [sic] **Motion/Request for Extenison** [sic] **of Time to File Pleadings Which Was** [sic] **Due on March 22ⁿᵈ and March 23, 2010 by Attorney, Victoria Rangler** [Doc. #372].

The plaintiffs filed the Motions *pro se*, although they are represented by counsel [Doc. #367]. Parties represented by counsel may not file papers *pro se*. All filings must be made by counsel of record.

The plaintiffs state that they "will again be IN PRO SE and Victoria Rangler is no longer plaintiffs' attorney." Doc. #372, ¶ 7. Plaintiffs' counsel has not sought leave to withdraw in compliance with D.C.COLO.LCivR 83.3D. She remains the plaintiffs' counsel until an order is entered allowing her to withdraw.

IT IS ORDERED that the Motions are STRICKEN.

Dated April 9, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge