IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
JAMES A. CHOATE, in his individual capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, in his individual capacity as Sheriff of El Paso County, Colorado, and
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **County Defendants' Motion for Use of NCIC and CCIC Criminal Histories and Protective Order Pursuant to Fed.R.Civ.P. 26(c)** [Doc. #414, filed 05/11420117] (the "Motion"). The Motion is DENIED.

The County Defendants request an order "authorizing the use of Plaintiff Darrell Fortner's criminal history information and a protective order regarding the same."[1] As justification for their request, they state:

---

[1] The deadline for filing dispositive motions has long-passed.  Therefore, I assume the County Defendants wish to use the criminal history information at trial.

> Plaintiffs allege, *inter alia*, that County Defendants violated the Due Process Clause by requiring Darrell Fortner to register as a sex offender . . . .
>
> This Court stated its "*de novo* review revealed] that there is clearly a disputed issue of material fact as to whether Mr. Fortner is a convicted sex offender." Doc. No. 387, P. 8. Plaintiffs assert this aspect of Mr. Forner's criminal history was "fabricated," Id., P. 8, by the County Defendants, namely, that he does not have a felony conviction for sexual assault or otherwise that would have required him to register as a sex offender in Colorado.

*Motion*, ¶ 3.

The County Defendants state that they "have access to the criminal histories of suspects and criminal defendants through various sources including the National Crime Information Center (NCIC) and the Colorado Crime Information center (CCIC)," id. at ¶ 4, and that "Mr. Fornter's NCIC and CCIC criminal histories are valuable tools in identifying prior convictions, which Mr. Fortner himself has variously put at issue." Id. at ¶ 5. The defendants do not attach or describe the "criminal history information," nor do they specify how it would be used.

The County Defendants cite "28 C.F.R. § 20.21 (2)(b)(2)" as authority that dissemination of NCIC and CCIC criminal histories "may be authorized by court order." Id. at ¶ 6. However, 28 C.F.R. § 20.21 (2)(b)(2) does not exist, and there is no provision in 28 C.F.R. § 20.21 that authorizes the County Defendants to disseminate an individual's criminal history through a court order.[2]

---

[2] 28 C.F.R.§ 20.21 sets forth the requirements for the States' preparation and submission of a Criminal History Record Information Plan to the Office of Justice Assistance, Research, and Statistics. Section 20.21(b)(2) provides that "[a] plan shall be submitted to OJARS by each State on March 16, 1976, to set forth all operational procedures . . . . The plan shall set forth operation a procedures to . . . [i]nsure that dissemination of nonconviction data has been limited, whether directly or through any intermediary only to: . . . [i]ndividuals and agencies for any purpose authorized by statute, ordinance, executive order, or court rule, decision, or order, as construed

The motion is incomprehensible. It is impossible to discern what the County Defendants want to introduce or why, and the regulation they cite does not address the introduction of evidence at trial.

IT IS ORDERED that the Motion is DENIED.

Dated May 26, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

---

by appropriate State or local officials or agencies . . . ."

3