IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-LTB-BNB

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
JAMES A. CHOATE, in his individual capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, in his individual capacity as Sheriff of El Paso County, Colorado, and
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,

Defendants.

_____

**ORDER**
_____

This matter arises *sua sponte*. The plaintiffs' motions and responses repeatedly bear captions naming defendants who are no longer parties to this case. On November 7, 2008, I directed the plaintiffs that "all future papers filed with this Court shall bear the correct caption" [Doc. #270]. Accordingly,

IT IS ORDERED that any future papers filed by the plaintiffs shall bear the correct caption.

IT IS FURTHER ORDERED that failure to comply with this order may result in sanctions, including dismissal of this case.

Dated May 26, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge