IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02148-BNB-MEH

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

      Plaintiffs,

v.

CITY OF COLORADO SPRINGS,
MAYOR LIONEL RIVERS, individually and in his official capacity as Mayor of Colorado Springs, Colorado,
KATHRYN YOUNG, individually and in her official capacity as City Clerk of Colorado Springs, Colorado,
DARREL PEARSON, individually and in his official capacity as City Forrester of Colorado Springs, Colorado,
JAMES A CHOATE, individually as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, individually as Sheriff of El Paso County, Colorado, and
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, Colorado,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 29, 2011.**

      Plaintiffs' unopposed second Motion to Vacate Settlement Conference [filed September 28, 2011; docket #458] is **granted**. The Settlement Conference currently scheduled for October 19, 2011 is **vacated**. If they choose to do so at a later time, the parties are directed to first conference together, then call my Chambers at (303) 844-4507 to obtain an alternate date for a settlement conference.