IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-BNB-MEH

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,
MAYOR LIONEL RIVERA, individually and in his official capacity as Mayor of C/S,
KATHY YOUNG, individually and in her official capacity as City Clerk of C/S,
DARREL PEARSON, individually and in his official capacity as City Forrester of C/S,
JAMES A. CHOATE, in his individual capacity as Sergeant for El Paso County Sheriff's Office,
TERRY MAKETA, in his individual capacity as Sheriff of El Paso County, Colorado, and
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City
of Colorado Springs, CO,

Defendants.

---

## ORDER

---

I have set an evidentiary hearing for May 2, 2012, at 8:30 a.m., on the issue of the

plaintiffs' compliance with the notice requirement of the Colorado Governmental Immunity Act,

section 24-10-109(1), C.R.S.  In connection with that hearing, I have granted Mr. Fortner's pro

se motion to have the court issue subpoenas compelling witnesses to attend the hearing and give

testimony, including a subpoena directed to Andrew C. Gorgey.  Mr. Gorgey is a former

assistant county attorney for El Paso County, and currently is the county attorney for Garfield

County, Colorado.  Mr. Gorgey's last known office address is 108 8th Street, Suite 219,

Glenwood Springs, Colorado.

The plaintiffs are proceeding pro se and in forma pauperis.  Pursuant to 28 U.S.C. §

1915(d), "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases."

IT IS ORDERED:

(1)    The United States Marshal for the District of Colorado, or his designee, shall effect service of the subpoena issued by the court and directed against Andrew C. Gorgey at his last known address, as follows:

> Garfield CountyAttorney
> 108 8th Street, Suite 219
> Glenwood Springs, Colorado; and

(2)    Service of process shall be made as quickly as possible, but in no event later than April 30, 2012, at 12:00 noon.

Dated April 25, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge