IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Boyd N. Boland

Case No. 06-cv-02148-BNB-MEH

DARRELL FORTNER, et al,

      Plaintiff(s),

v.

CITY OF COLORADO SPRING, et. al.,

      Defendant(s).

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this _May_ ____ day of ___2___, 2012.

BY THE COURT:

_____
BOYD N. BOLAND, Magistrate Judge
United States District Court

_Darrell Fortner IN PRO SE_
Attorney for Plaintiff

_____
Attorney for Defendant