IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action: 06-cv-02148-BNB-MEH    Date: October 10, 2012
Courtroom Deputy: Julie Dynes    FTR BNB COURTROOM A-401

---

DARRELL FORTNER    *Erhard Fitzsimmons*
JENNIFFER FORTNER
        Plaintiff(s),

v.

THE CITY OF COLORADO SPRINGS    *Kenneth R. Hodges*
LIONEL RIVERA, individually and as Mayor of C/S
KATHRYN YOUNG, individually and as City Clerk for C/S
DARREL PEARSON, individually and as City Forester
JAMES E. MCGANNON, individually and as City Forester
JAMES A. CHOATE    *Amy R. Folsom*
TERRY MAKETA
        Defendant(s).

---

## COURTROOM MINUTES

---

**PRETRIAL CONFERENCE**

Court in Session: 1:00 p.m.

Appearances of counsel. Proposed Pretrial Order reviewed.

**ORDERED:** **Request by Plaintiffs to endorse additional witnesses and for witnesses to be present by means of video testimony is DENIED.**

    **Exhibits, bearing stickers with the appropriate numbers, are to be exchanged on or before October 24, 2012. Objections to be filed on or before November 12, 2012.**

    **Eight Day Trial to the Court set to commence January 7, 2013 at 8:30am. Trial will not be held on January 14, 2013 or January 16, 2013 due to conflicts.**

    **Parties are allowed one Motion in Limine with a limit of 20 pages.**

**County Defendants' Motion for Use of NCIC and CCIC Criminal Data as Trial Exhibits [doc. #506] is DENIED without prejudice. The Court will rule at trial on the appropriateness to introduce the requested evidence.**

**Motion to Withdraw as Attorney [doc. #500] is GRANTED.  Kenneth R. Hodges is allowed to withdraw.**

**Request for written opening statements is DENIED.  Parties are limited to 30 minutes for opening statements.**

**Pretrial Order was approved and filed with the corrections made of record**.

Court in Recess: 1:45 p.m.     Hearing concluded.     Total time in court: 00:45

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.