IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | | |
|---|---|---|
| Civil Action: | 06-cv-02148-BNB-MEH | Date: January 7, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

---

| | |
|---|---|
| DARRELL FORTNER | *Pro Se* |
| JENNIFFER FORTNER | *Pro Se* |
| Plaintiff(s), | |

v.

| | |
|---|---|
| KATHRYN YOUNG, individually and as City Clerk for C/S | *Shane M. White* |
| DARREL PEARSON, individually and as City Forester | |
| JAMES E. MCGANNON, individually and as City Forester | |
| JAMES A. CHOATE | *Amy R. Folsom* |
| TERRY MAKETA | *Diana K. May* |
| Defendant(s). | |

---

## COURTROOM MINUTES

---

**MOTION HEARING**

Court in Session: 9:06 a.m.

Appearance of counsel and Pro Se Plaintiffs.

Evidence presented on [518] County Defendants' Motion to Enforce Settlement Agreement.

Defendants' witness Amy Folsom called and sworn.

| | |
|---|---|
| 9:12 a.m. | Direct examination of Ms. Folsom by Ms. May. Exhibits A,B,C, and 4 are admitted. |
| 9:38 a.m. | Cross examination of Ms. Folsom by Mr. Fortner. |
| 10:24 a.m. | Re-direct examination of Ms. Folsom by Ms. May. |

Court in Recess: 10:28 a.m.
Case Recalled: 10:45 a.m.

Defendants' witness Erhard Fitzsimmons appears via telephone, called and sworn.

| | |
|---|---|
| 10:45 a.m. | Direct examination of Mr. Fitzsimmons by Ms. May. |
| 11:07 a.m. | Cross examination of Mr. Fitzsimmons by Mr. Fortner. |
| 11:31 a.m. | Re-direct examination of Mr. Fitzsimmons by Ms. May. |

Plaintiffs' witness Jon Mueller called and sworn.

| | |
|---|---|
| 11:40 a.m. | Direct examination of Mr. Mueller by Mr. Fortner. |
| 11:57 a.m. | Cross examination of Mr. Mueller by Ms. May. |

Court in Recess: 11:59 a.m.
Case Recalled: 1:02 p.m.

Plaintiffs' witness Wendy Lichtenegger appears via telephone, called and sworn.

| | |
|---|---|
| 1:21 p.m. | Direct examination of Ms. Lichtenegger by Mr. Fortner. |
| 1:29 p.m. | Cross examination of Ms. Lichtenegger by Ms. May. |
| 1:32 p.m. | Re-direct examination of Ms. Lichtenegger by Mr. Fortner. |

Plaintiffs' witness Jenniffer Fortner called and sworn.

| | |
|---|---|
| 1:34 p.m. | Direct examination of Ms. Fortner by Mr. Fortner. |
| 1:36 p.m. | Cross examination of Ms. Fortner by Ms. May. |
| 1:44 p.m. | Re-direct examination of Ms. Fortner by Mr. Fortner. |
| 1:49 p.m. | Additional examination of Ms. Fortner by Mr. Fortner after questions from the bench. |
| 1:51 p.m. | Re-cross examination of Ms. Fornter by Ms. May. |

Plaintiffs' witness Darrell Fortner called and sworn.

| | |
|---|---|
| 1:52 p.m. | Mr. Fortner testifies. Exhibit 22 admitted, exhibit 23 is refused. |

Presentation of evidence concluded.

**ORDERED:   Matter is TAKEN UNDER ADVISEMENT.**

Court in Recess: 02:51 p.m.   Hearing concluded.   Total time in court: 04:25

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119