IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Boyd N. Boland

Case No. 06-cv-02148-BNB-MEH

DARRELL FORTNER
JENNIFFER FORTNER
    Plaintiff(s)

v.

KATHRYN YOUNG, individually and as City Clerk for C/S
DARREL PEARSON, individually and as City Forester
JAMES E. MCGANNON, individually and as City Forester
JAMES A. CHOATE
TERRY MAKETA
    Defendant(s)

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing on January 7, 2013, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 7th day of January, 2013.

BY THE COURT:

_____
Boyd N. Boland, Magistrate Judge

APPROVED AS TO FORM:

_____       _____
PLAINTIFF       ATTORNEY FOR DEFENDANTS