IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No.  06-cv-02148-BNB-MEH

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a/ Diamond/Dundee Tree Service,

Plaintiffs,

v.

KATHRYN YOUNG, individually and in her official capacity as City Clerk of Colorado Springs, CO,
DARRELL PEARSON, individually and in his official capacity as City Forrester of Colorado Springs, CO,
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a status conference.  Based on the matters discussed at the status conference,

IT IS ORDERED:

(1)	Trial of the case to the court is set for five days commencing June 10, 2013, at 8:30 a.m., and continuing thereafter until completed;

(2)	A final trial preparation conference is set for June 3, 2013, at 10:00 a.m.;

(3)	The plaintiffs are granted leave to file one motion in limine on the issue of the disclosure of the City Defendants' trial exhibits.  The text of the motion in limine may not exceed ten pages.  The motion in limine shall be filed on or before March 25, 2013, and the City Defendants shall respond on or before April 1, 2013.  No other pretrial motions shall be allowed

without leave of court; and

   (4) The City Defendants shall deliver to the plaintiffs on or before March 18, 2013, at 5:00 p.m., copies of the City Defendants' trial exhibits as listed on pp. 16-19 of the Amended Final Pretrial Order [Doc. # 508].

  Dated March 14, 2013.

             BY THE COURT:

             s/ Boyd N. Boland
             United States Magistrate Judge