IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 06-cv-02148-BNB-MEH

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a/ Diamond/Dundee Tree Service,

Plaintiffs,

v.

KATHRYN YOUNG, individually and in her official capacity as City Clerk of Colorado Springs, CO,
DARRELL PEARSON, individually and in his official capacity as City Forrester of Colorado Springs, CO,
JAMES E. MCGANNON, individually and in his official capacity as City Forrester for the City of Colorado Springs, CO,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a status conference. Based on the matters discussed at the status conference,

IT IS ORDERED:

(1) The Order to Show Cause [Doc. # 545] is DISCHARGED; and

(2) The case schedule is modified to the following extent:

The plaintiffs may have to and including April 1, 2013, within which to file a single motion in limine, the text of which shall not exceed ten pages; and the City Defendants may have to and including April 8, 2013, within which to respond.

Dated March 18, 2013.

                                      BY THE COURT:

                                      _s/ Boyd N. Boland_____
                                      United States Magistrate Judge