IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 06-cv-02148-BNB-MEH | Date: April 15, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A401 |

| *Parties* | *Attorney(s)* |
|---|---|
| DARRELL FORTNER | *Pro Se* |
| JENNIFFER FORTNER | *Pro Se* |
| **Plaintiff(s)** | |
| v. | |
| KATHRYN YOUNG | *Shane White* |
| DARREL PEARSON | |
| JAMES E. MCGANNON | |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**MOTION HEARING**

Court in Session: 9:01 a.m.

Appearance of counsel, Pro Se Plaintiffs, and Interested Party Erhard Fitzsimmons.

Discussion held on compliance of the Court's order regarding exhibits by the City Defendants.

ORDERED:   The Court will not allow an amendment of complaint; case will proceed to trial as scheduled.

Plaintiff's request to file another motion in limine is DENIED.

Argument presented by Mr. Fitzsimmons on [544] Motion For Enforcement of Contingent Fee Agreement For Attorney Fees.

Interested Party's exhibits numbers 1 through 7 are admitted.

Argument presented by Mr. Fortner on [544] Motion For Enforcement of Contingent Fee Agreement For Attorney Fees.

Plaintiff's exhibit 1.8 is admitted.

Additional argument by Mr. Fitzsimmons.

Presentation of evidence concluded.

**ORDERED:   [544] Motion For Enforcement of Contingent Fee Agreement For Attorney Fees is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  10:42 p.m.   Hearing concluded.    Total time in Court:  01:41

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119