**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-02148-BNB-MEH

DARRELL FORTNER,
JENNIFER FORTNER
                        ,

     Plaintiffs,

v.

KATHY YOUNG,
DARREL PEARSON,
JAMES E. MCGANNON,

     Defendant.

---

**JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) , the following Judgment is hereby entered.

     Pursuant to the ORDER [586] of Magistrate Judge Boyd N. Boland entered on August 20, 2013, the Court has ordered that the **Interested Party, Erhard Fitzsimmons PC**, recover from the Plaintiffs, Darrell Fortner and Jennifer Fortner, the amount of three thousand three hundred dollars $3,300.00.  It is

     FURTHER ORDERED that postjudgment interest shall at the legal rate of 0.12% per annum from the date of entry of judgment until satisfied.

     Dated at Denver, Colorado this 21st day of August, 2013.

                     FOR THE COURT:
                     JEFFREY P. COLWELL, CLERK

                     By: s/Edward P. Butler

                     Edward P. Butler, Deputy Clerk