**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-02148-BNB-MEH

DARRELL FORTNER,
JENNIFER FORTNER,

    Plaintiffs,

v.

KATHY YOUNG,
DARREL PEARSON ,
JAMES E. MCGANNON,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried by U. S. Magistrate Judge Boyd N. Boland without a jury. Pursuant to the Findings of Fact, Conclusions of Law, and Order [585] of Magistrate Judge Boyd N. Boland entered on August 20, 2013, it is

**ORDERED** that Plaintiffs Darrell Fortner and Jennifer Fortner recover nothing, the action is dismissed on the merits, and Defendants Kathy Young, Darrel Pearson and James E. McGannon are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

  Dated at Denver, Colorado this 21st day of August, 2013.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/Edward P. Butler
                              Edward P. Butler, Deputy Clerk