IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 06-cv-02148-BNB-MEH

DARRELL FORTNER and JENNIFFER FORTNER
    Plaintiffs

v.

KATHRYN YOUNG, et. al
    Defendants

---

## ORDER REGARDING CUSTODY OF EXHIBITS

Interested Party, Erhard Fitzsimmons, shall arrange pick up and retain custody of

all exhibits submitted at the April 15, 2013, Motions Hearing regarding [544] Motion for

Enforcement of Contingent Fee Agreement for Attorney Fees.   Interested Party is further

ordered to retain exhibits until such time as all need for the exhibits has terminated and the

time to appeal has expired or all appellate proceedings have been terminated plus sixty

days.

Mr. Fitzsimmons may pick up items at the Clerk of Court's Office, 901 19th Street,

Room A-105, Denver, CO 80294. Further inquiries may be directed to the Courtroom

Deputy Clerk, Julie Dynes, at 303-335-2061.


DATED October 25, 2013.


BY THE COURT:


 s/ Boyd N. Boland
United States Magistrate Judge