IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02148-BNB-MEH

DARRELL FORTNER, and
JENNIFER FORTNER, d/b/a Diamond/Dundee Tree Service,

Plaintiffs,

v.

KATHY YOUNG, individually as City Clerk of C/S,
DARREL PEARSON, individually as City Forrester of C/S, and
JAMES E. MCGANNON, individually as City Forrester for the City of Colorado Springs, CO,

Defendants.

---

**ORDER**

---

This matter arises on **Plaintiffs' Motion Regarding Custody of Exhibits** [Doc. #602, filed 11/14/2013] (the "Motion"). The *pro se* plaintiffs request that the court return to them the exhibits they submitted for a hearing on April 15, 2013. The Motion is denied. The plaintiffs may access the exhibits through the Electronic Case File.

IT IS ORDERED:

1. The Motion is DENIED; and

2. The Clerk of the Court is directed to scan into the Electronic Case File all exhibits from the hearing held April 15, 2013.

Dated November 18, 2013.

                                                    BY THE COURT:

                                                    s/ Boyd N. Boland
                                                    United States Magistrate Judge